An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY JEFFERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65376

**FILED**

NOV 12 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying appellant Gregory Jefferson's post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Jefferson contends that the district court order does not resolve all claims raised in his post-conviction petition for a writ of habeas corpus. It appears from our review of the documents submitted on appeal that the district court's Findings of Fact, Conclusions of Law, and Order, fails to address the contention raised below that counsel was ineffective for failing to propose an instruction regarding reasonable mistake of age. Because the district court order does not resolve all claims raised below, it is not a final order and we lack jurisdiction. *See Sandstrom v. Second Judicial Dist. Court*, 121 Nev. 657, 659, 119 P.3d 1250, 1252 (2005) (explaining that a final order disposes of all issues and leaves nothing for

14-37222

future consideration). Therefore, we

ORDER this appeal DISMISSED

_____, J.
Hardesty

_____, J.          _____, J.
Douglas                                Cherry

cc:     Hon. Stefany Miley, District Judge
        Terrence M. Jackson
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk